[Nos. 20783-8-III; 21174-6-III.   Division Three.   May 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH W. HINTON, *Appellant*.

Appeals from a judgment of the Superior Court for Ferry County, No. 01-1-00013-6, Larry M. Kristianson, J., entered January 8 and June 4, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20885-1-III.   Division Three.   May 8, 2003.]

MOHR & COMPANY, INC., *Respondent*, v. REGINALD SPINDLER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-06501-2, James M. Murphy, J., entered January 15, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 21062-6-III.   Division Three.   May 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LUNSTRUM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02481-8, Tari S. Eitzen, J., entered April 16, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 39617-0-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID S. GASPAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03895-1, Larry A. Jordan, J., entered September 30, 1996. *Remanded* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.